1  Michael D. Macomber, Esq.(SBN: 106011)
   Law Offices of Michael D. Macomber
2  316 S. Stewart Street, Ste 3
   Sonora, CA 95370
3  Phone: 209-536-9271
   Fax:    209-536-9571
4  mick@macomberlaw.net

5  Attorney for Bryan Willmon and
   Carol Willmon

6

7

8

9

10                **UNITED STATES DISTRICT COURT**

11                  **Eastern District of California**

12

13  WILLIAM JAMES BRAINARD,          **Case No.: 1:10-CV-01126-OOW-SMS**

14                 Pro Se
    Plaintiff,
15                                   ORDER OF DISMISSAL
    v.                               AFTER HEARING
16
    BRYAN WILLMON, CAROL
17  WILLMON and DAVID ABSHER,

18  Defendants.
    _____/
19

20
         This matter came on for hearing on September 20, 2010, on Defendant's Motion to
21
    Dismiss the Complaint on the ground that the Complaint fails to state a claim on which
22
    relief may be granted pursuant to Federal Rules of Civil Procedure § 12(b)(6).  Filed
23
    simultaneously with Defendants' Motion, was a Motion brought by Plaintiff styled as a
24
    "Motion for Summary Judgment in Open Court on the Declaration for Impeachment of
25
    the Defense."
26
         The court having considered the moving papers, and the argument of counsel as
27
    presented at the hearing of this motion,
28

1        IT IS ORDERED that Plaintiff's Complaint is dismissed for lack of subject matter

2   jurisdiction under *Shulthis v. McDougal,* 225 U.S. 561 and *Virgin v. County of San Luis*

3   *Obispo,* 201 F. 3d 1141.  Federal land patents do not confer federal question jurisdiction.

4        It is further ordered that Plaintiff's Motion for Summary Judgment and

5   Defendants' Motion to Dismiss Plaintiff's Complaint are denied as moot.

6

7   IT IS SO ORDERED.

8   **Dated:    September 24, 2010**        **/s/ Oliver W. Wanger**
                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28